UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KURT SANBORN ) | |
| ) | |
| Petitioner ) | Civil No. 1:10-CV-00222-PB |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent ) | |
| ) | |

## ASSENTED-TO MOTION TO WITHDRAW PETITION

**NOW COMES** the Petitioner, Kurt Sanborn, by and through his attorney Dawn E. Worsley, and hereby asks this honorable Court to allow him to withdraw his §2255 petition.

In **SUPPORT** of this motion, Mr. Sanborn states:

1. After consulting with his counsel, Mr. Sanborn has decided to withdraw his §2255 petition. He asks this Court to allow him to do so.

2. Assistant U.S. Attorney Aixa Maldonado-Quinones assents to this motion.

**WHEREFORE**, Mr. Sanborn prays this Honorable Court:

A. Allow him to withdraw his §2255 petition;

1

B.  And for such other relief as may be just.

                                                                                                       Respectfully Submitted,
                                                                                                       Kurt Sanborn
                                                                                                        By his attorney

Dated: July 11, 2010                                   /s/ Dawn E. Worsley_
                                                                                Dawn E. Worsley Esq.
                                                                                NH Bar ID 12833
                                                                                Law Office of Dawn E. Worsley
                                                                                29 E. Pearl  St.
                                                                                 Nashua, NH 03060
                                                                                (603) 546-0320

CERTIFICATE OF SERVICE

     I, Dawn E. Worsley, Esq. certify that a copy of this motion has been re-sent via ECF notice to: Aixa Maldonado-Quinones on this 31st  day of August 2010.

                                                                                 /s/ Dawn E. Worsley
                                                                                 Dawn E. Worsley, Esq.

Law Office of
Dawn E.  Worsley
29 E. Pearl St.
Nashua, NH  03060
(603) 546-0320